# Exhibit B



# Product Data Sheet

## Description

VIVA palm is an innovative roofing system simulating the appearance and texture of natural palm thatch. Whether installing on a new commercial project or retrofitting traditionally framed tiki hut, VIVA palms easy to install system gives decades of maintenance free performance.

## Features

- 20 Year Guarantee
- Manufactured in the USA
- Fire and Wind Resistant
- No maintenance required
- Fast and easy installation
- Life-like design

## Components

VIVA palm is available in two different pattern designs. The pattern design is visible on the interior ceiling when used in the horizontal or vertical batten configuration. The hip and ridge pattern is compatible with both fanned and folded designs.

  

**Fanned Field Shingle**         **Folded Field Shingle**         **Hip/Ridge Shingle**

| Part Numbers | Weathered Palm | Weather Palm + Fire Retardant | New Palm | New Palm + Fire Retardant |
|---|---|---|---|---|
| **Fanned Field Shingle** | 410800-WP | 410900-WP | 410600-NP | 410700-NP |
| **Folded Field Shingle** | 410801-WP | 410901-WP | 410601-NP | 410701-NP |
| **Hip/Ridge Shingle** | 410810-WP | 410910-WP | 410610-NP | 410710-NP |



## Specifications

| Part | Size | Weight | Exposure | Coverage | Material |
|---|---|---|---|---|---|
| **Field Shingle** | 36"x 27"x 0.030" (914mm x 686mm x 0.8mm) | 1lb (0.45kg) | 8" (203mm) | 1.88 Sq.ft (0.174 m2) (5.72 pcs per m2) (1.1 pcs per linear m) | HDPE |
| **Hip/ Ridge Shingle** | 27"x 27"x 0.030" (686mm x 686mm x 0.8mm) | 0.7lb (0.32kg) | 8" (203mm) | 0 Sq. ft (1 linear foot 2 pieces) 0 m2 (1 linear meter 5 pieces) | HDPE |

## Packaging & Storage

| Part | Box | Bulk Stack |
|---|---|---|
| **Field Shingle** (All colors, and styles) | **Box** <u>Quantity:</u> 70pcs <u>Size:</u> 37"x 28"x 11" (940mm x711mm x 280mm) <u>Weight:</u> 70 lbs (32kg) **Pallet** <u>Quantity:</u> 840pcs(12 boxes) <u>Size:</u> 40"x 48"x 89" (1016mm x 1219mm x 2260mm) <u>Weight:</u> 890 lbs (404kg) | **Pallet** Full pallets only <u>Quantity:</u> 1400 pcs <u>Size:</u> 40" x 48" "x 69" (1016mm x 1219mm x 2260mm) <u>Weight:</u> 1450 lbs (658 kg) |
| **Hip/ Ridge Shingle** (All colors, and styles) | **Box** <u>Quantity:</u> 100pcs <u>Size:</u> 37"x 28"x 11" (940mm x 711mm x 280mm) <u>Weight:</u> 70 lbs (32kg) **Pallet** <u>Quantity:</u> 1200pcs(12 boxes) <u>Size:</u> 40"x 48"x 89" (1016mm x 1219mm x 2260mm) <u>Weight:</u> 890 lbs (404kg) | **Pallet** -Full pallets only <u>Quantity:</u> 1000 pcs <u>Size:</u> 40" x 48" "x 80" (1016mm x 1219mm x 2260mm) <u>Weight:</u> 800 lbs (658 kg) |

**Storage:** Store VIVA palm shingles in a dry, well-ventilated, weather tight, location.  Do not expose boxes to excessive moisture. Overstacking boxes or excessive moisture may cause boxes to collapse. Do not remove wrapping from bulk stack pallet until final placement at installation location.



## Testing & Approval

- **Florida Product Approval  FL-21047-R1**

| Test Standard | Result |
|---|---|
| (Fire) ASTM E-108 | Class A |
| (Fire) ASTM E-84 | Flame Spread 15 |
| (Fire) ASTM E-84 | Ceiling SDI 300 |
| (Fire) UL 723 | Flame Spread 15 |
| (Fire) UL 723 | Ceiling SDI 300 |
| (Wind) ASTM D-3161 | 110 MPH |
| (Wind) TAS 107-95 | 110 MPH |
| (Wind) TAS 100-95 | 110 MPH |
| (Uplift) UL 1897 | Design Pressure 97.5 PSF |
| (Pull out) ASTM 3462 | 97 LBS. |
| (Physical properties) ASTM D 882 | 2630 PSI |
| (Physical properties) ASTM D 882 | 139% |
| UNE-EN 13501-1:2007+A1:2010(spain) | Broof(t1) |
| (Fire)As/Nzs 1530.3:1999(Australia ) | Ignitability Index: 12 (0-12) |
| (Fire)As/Nzs 1530.3:1999(Australia ) | Spread of Flame Index: 3 (0-10) |
| (Fire)As/Nzs 1530.3:1999(Australia ) | Heat Evolved Index: 2 (0-10) |
| (Fire)As/Nzs 1530.3:1999(Australia ) | Smoke Developed Index: 3 (0-10) |
| (Solar  Reflectance) ASTM E-1980 | New Palm- 0.25     Weathered Palm- 0.15 |
| (Thermal Emittance) ASTM E-1980 | New Palm- 0.88     Weathered Palm- 0.90 |
| (SRI [medium wind]) ASTM E-1980 | New Palm- 25     Weathered Palm- 13 |

## Maintenance

VIVA palm was designed so that no maintenance is required to ensure the best performance. However, it is recommended to do an annual inspection and brush off any loose debris to keep your roof looking its best.

## Warranty

VIVA palm has a 20 year limited warranty that covers faults in materials and workmanship in accordance with current warranty terms.



## Application

VIVA palm is a universal system that can be installed on new construction or retrofit to existing structures. The versatile design allows it to be applied to a number of roofing substrates including the following: Horizontal batten, Vertical batten, Plywood deck, Concrete, and Metal. VIVA palm is suitable for use on any sloped roof with a pitch of 4:12 (18°) or greater.



**Horizontal Batten**
VIVA palm installed over horizontal battens (8"/203mm O.C.) functions as both the waterproofing and interior ceiling finish. Recommended fastener (6 per shingle) 11 gauge 1.25" ring shank roofing nails / 1.25" # 8 truss head screw



**Vertical Batten**
VIVA palm installed over vertical batten (8"/203mm O.C.) functions as both the waterproofing and interior ceiling finish. Recommended fastener (5 per shingle) 11 gauge 1.25" ring shank roofing nail / 1.25" #8 truss head screws.          ***folded field shingle design only**



**Plywood Deck**
VIVA palm installed over min. 15/32" plywood deck, granulated underlayment soprema elastophene stick HR FR+ GR)
Recommended fastener (6 per shingle) 11 gauge 1.25" ring shank roofing nail / 1.25" #8 truss head screws.
***this configuration complies with the Florida Product Approval FL-21047-R1**



**Metal**
VIVA palm installed over metal deck, PT pine 1"x 4" battens (8"/203mm O.C.) Recommended fastener (6 per shingle) 11 gauge 1" ring shank roofing nail / 1.25" #8 truss head screws.



**Concrete**
VIVA palm installed over concrete deck, PT pine 1"x 4" battens (8"/203mm O.C.)Recommended fastener (6 per shingle) (11 gauge 1" ring shank roofing nails / 1.25" #8 truss head screws.

# Technical Bulletin

**Fanned**



A               B

**Folded**



A               B

Pattern:  VIVA Palm includes two different pattern designs which make up the underside ceiling texture. Choosing Fanned versus Folded VIVA is simply an aesthetic choice.  However, each pattern has two different variations (A and B) among the pattern to prevent obvious repetition and give a more realistic look. Both the A and B shingles will be included in every VIVA palm order.

Color: VIVA Palm uses proprietary technology to vary the color of the shingles within a set parameter. The shingles may appear to be different colors in the box, however, subtle color variation creates a more natural look and is an integral part of the VIVA palm design.