# Exhibit C



ENDUREED
313 SW WINDSWEPT GLEN
LAKE CITY, FL 32024
TOLL FREE: 1-877-784-2824
www.endureed.com

☑ SELECT DESIRED MODEL:

☐ WEATHERED PALM (410900-WP-FR)

☐ NEW PALM (410700-RP-FR)

PLAN VIEW



- CLICK-LOCK STRIP
- NAIL LOCATIONS (6) FOR INSTALLATIONS OVER PLYWOOD DECK
- THICKNESS 0.030" ± 0.003"

36"
9-10"
1.25"
27"

FRONT ELEVATION
FIELD SHINGLE

**SPECIFICATION**
**MATERIAL:** HDPE
**WEIGHT:** 095 LBS (0.430 KG)
**COVERAGE:** 1.88 SQFT (0.174M²)
**FIRE RATING:** CLASS A (NON-FIRE RATED AVAILABLE)

NOTES:
1. INSTALLATION TO BE COMPLETED IN ACCORDANCE WITH MANUFACTURER'S SPECIFICATIONS.
2. DO NOT SCALE DRAWING.
3. THIS DRAWING IS INTENDED FOR USE BY ARCHITECTS, ENGINEERS, CONTRACTORS, CONSULTANTS AND DESIGN PROFESSIONALS FOR PLANNING PURPOSES ONLY. THIS DRAWING MAY NOT BE USED FOR CONSTRUCTION.
4. ALL INFORMATION CONTAINED HEREIN WAS CURRENT AT THE TIME OF DEVELOPMENT BUT MUST BE REVIEWED AND APPROVED BY THE PRODUCT MANUFACTURER TO BE CONSIDERED ACCURATE.
5. CONTRACTOR'S NOTE: FOR PRODUCT AND COMPANY INFORMATION VISIT www.CADdetails.com/info AND ENTER REFERENCE NUMBER 5267-001



VIVA PALM

FIELD SHINGLE - ELEVATIONS, PLAN AND DETAILS

5267-001                                                   REVISION DATE 07/09/2018

PROTECTED BY COPYRIGHT ©2018 CADDETAILS.COM LTD.                                                   CADdetails.com