# Exhibit D



Wood Batten Installation Instructions

# Overview

## Structure

This instruction manual is for the installation of VIVA on an open batten roof frame. Structure should be framed with weatherable wood (Eucalyptus, cypress, pressure treated) or synthetic material. Rafter spacing should be between 18 to 36 inches.

Batten size: min. 1.25", max. 2.25"
Batten spacing: 8" on center



## Slope

Minimum recommended slope for VIVA installation is 4/12. For best aesthetic and performance results, slopes of 6/12 and greater are recommended.

## Fasteners

**Nails:** 1.25" Stainless Steel Ring Shank Roofing Nails
**Screws:** Stainless Steel 1.25" #8



# Overview

## Tools

- Nail Gun/Drill Driver
- Hammer
- Utility Knife
- Ladder/Scaffold
- Tape Measure

## Material Handling

VIVA will arrive packaged in boxes or bundles of 70 pieces, stacked on a pallet of 12 boxes. Material should be protected from weather, sunlight and moisture until ready to unbox. Material can be compacted in the box during shipping, so it is necessary to loosen the material after removing it from the box as demonstrated below.



Go ahead... Go ape!

## Safety

Always follow the safety guidelines of the tools and equipment you're using. Always observe any applicable OSHA regulations.

## Nails/Screws



# VIVA Palm Components



Field

Hip/Ridge

Cone Top

| VIVA Specifications | | Fire Rating | Wind Rating |
|---|---|---|---|
| Field | 36" by 27" | Class A | Wind Resistance up to Category 5 Hurricane |
| Hip/Ridge | 27" x 27" | Class A | Wind Resistance up to Category 5 Hurricane |
| Cone Top | 36" x 36" | Class A | Wind Resistance up to Category 5 Hurricane |

*Available in non-fire rated

# Fastening







# Installation: Eave

## Tools Needed

- Nail Gun/Drill Driver
- Hammer
- Utility Knife
- Ladder/Scaffold
- Tape Measure

## Materials Needed



Field Shingle

| | |
|---|---|
| Construct the eave by installing the first row of field shingles on the second purlin, nailing on every indent except the top corner. Place a nail to the lower purlin at the end of the shingle, which will be covered by the following shingle. Always leave a minimum 2" inch side lap on all shingle installations. |  |
| Install the second row of the eave detail with the top of the shingle attached to the lowest purlin, nailing through both layers and into the lowest purlin. Placing the shingles at random heights creates a more natural appearance on the eave overhang. |  |
| Finally, the third row will attach to the same purlin as the first row. Make sure all side laps are a minimum of two inches. |  |

# Installation: Field

## Tools Needed

- Nail Gun/Drill Driver
- Hammer
- Utility Knife
- Ladder/Scaffold
- Tape Measure

## Materials Needed



Field

| | |
|---|---|
| Begin field shingle installation at the hip. Extend field shingle 3" over the center line of the hip. |  |
| Fasten field shingle to the purlin, leaving 3-4" from the hip unfastened. Continue fastening, leaving the top corner unfastened, see X. Place one fastener in the field shingle on the purlin below. |  |
| Overlap the next field shingle over the first by min. 2". Fasten through both shingles on the overlap at the corner. |  |

# Installation: Field

As you install the field shingles, be sure to off-set each row from the previous row at a minimum of 8"



8" offset

# Installation: Hip

## Tools Needed

- Nail Gun/Drill Driver
- Hammer
- Utility Knife
- Ladder/Scaffold
- Tape Measure

## Materials Needed



Hip/Ridge

| | |
|---|---|
| Start the hip corner by stacking 2 hip/ridge shingles and inserting under the field shingle corners. | |
| Place fasteners (2) through the two stacked hip shingles into the lower purlin | |

# Installation: Hip

| | |
|---|---|
| Fasten the corners of the field shingles over the top of the hip/ridge shingle. |  |
| Continue installing hip/ridge shingles 1 per row, lifting the field shingles and fastening the hip/ridge shingle to the previous purlin. |  |
| Fasten the corners of the field shingles over the top of the hip/ridge shingle. |  |

# Installation: Ridge

## Tools Needed

- Nail Gun/Drill Driver
- Hammer
- Utility Knife
- Ladder/Scaffold
- Tape Measure

## Materials Needed



Hip/Ridge

| | |
|---|---|
| Make sure the top rows of the field shingle are overlapping the top of the ridge, this ensures the waterproofing for the ridge. |  |
| Cover the ridge by installing the hip/ridge shingles perpendicular to the field rows, centering the shingles on the ridge with a 6" inch spacing. Use a minimum of 4 nails per ridge/hip shingle, placing the nails as far off the center as possible. |  |
| Install the ridge shingles beginning at the ends of the ridge, working toward the center. |  |

# Installation: Ridge

A folded Hip/Ridge shingle can be used to create a transition between the Hip/Ridge shingles running in opposite directions.



# Installation: Gable End

## Tools Needed

- Nail Gun/Drill Driver
- Hammer
- Utility Knife
- Ladder/Scaffold
- Tape Measure

## Materials Needed



Field

| | |
|---|---|
| Typical Gable End Framing Detail. | |
| Always let the field rows extend past the gable with sufficient length to completely cover the fascia. This will enable the wrapping of the shingles around the fascia, to achieve the appropriate gable thickness. | |
| Begin by wrapping the shingles around the fascia, and trim the length if necessary. Cut and fold the fond portion as needed, or use as aesthetic pieces. | Fasten Underneath |

# Installation: Valley

## Tools Needed

- Nail Gun/Drill Driver
- Utility Knife
- Hammer
- Ladder/Scaffold
- Tape Measure

## Materials Hip Shingle



Field

| | |
|---|---|
| Typical Valley Framing Detail. |  |
| Begin Valley installation by cutting a field shingle in half. Install half shingles from the eave up, one shingle per course. |  |
| Field coverage will be installed over the Valley, trimmed 2" inches – 3" inches off the center line of the Valley. |  |

# Installation: Round/Octagonal Structures

## Tools Needed

- Nail Gun/Drill Driver
- Utility Knife
- Hammer
- Ladder/Scaffold
- Tape Measure

## Materials Needed


Field


Cone Piece

| | |
|---|---|
| Typical Round/Umbrella framing. (Most "Round Structures" are typically a segmented frame.) |  |
| Begin with the eave installation, followed by the field. Trim the Field shingles to the center line of the roof segment. (See Eave and Field Installation on page 5 and 7.) |  |
| Cut Field shingles into 4 pieces and install them over the center line of the roof segment. (See Hip installation on page 8.) |  |

# Installation: Round/Octagonal Structures

## Tools Needed

- Nail Gun/Drill Driver
- Utility Knife
- Hammer
- Ladder/Scaffold
- Tape Measure

## Materials Needed



Field



Cone Piece

| | | |
|---|---|---|
| Cut the cone piece starting at the edge of the shingle until you've reached the center point. Proceed to fold the piece over into a cone shape. |  trim |  |
| Place the cone piece at the center of the structure, nailing down the first cut edge. Cover the nails by using the second cut edge to wrap around the first cut edge. |  | |
| Secure the second cut edge with two nails and cover them with sealant. |  | |