# Exhibit E



# ENDUREED

☰

TECHNICAL DETAILS

ACCESSORY ITEMS

SPECIFICATIONS

CREATE A PROJECT

CONSULTATIONS & QUESTIONS

HOW DO I BUY?

🇬🇧 English



# VIVA Palm

**Simple, Affordable Palm Thatch**

Premium aesthetics meet affordability with this authentic, palm style thatch. VIVA Palm is a synthetic palm leaf formed into a textured shingle and then cut with a unique pattern to replicate the appearance of natural palm leaves. VIVA Palm is easy-to-install and comes in two color variations so you can achieve your desired look.

Designed to withstand long-term UV exposure, fire and the rigors of inclement weather, VIVA Palm is tropical beauty made easy with 20-years of guaranteed perfection. Versatile and simple, this high-quality and durable thatch can be used everywhere from backyard tiki huts to world-class resorts and everything in between. With VIVA Palm, you can create your own tropical paradise.



Endureed Synthetic Thatch - Comparative Fire Testing

🇬🇧 English



**MADE FROM CLASS A FIRE RESISTANT MATERIALS**



**WITHSTAND CATEGORY 5 HURRICANE WINDS**



**MADE IN THE USA**



**MINIMAL LEAD TIME**



**FLORIDA-RESIDA-COMPRESSOR-E1475769387888-1**

Florida-resida-compressor-e1475769387888-1



**FLORIDA-RESIDENTS-COMPRESSOR-1**

Florida-residents-compressor-1



**KORO-SUN-RESORT-FIJI-COMPRESSOR-1**



**VIVA-SWATCHES**

🇬🇧 English

Koro-sun-resort-fiji-compressor-1

Viva-swatches



**ROI-CHART-ENGLISH-2**

Roi-chart-english-2

# EAVE TYPES

## ISLAND EAVES



# SYSTEM DETAILS

**Deck with waterproofing or open frame construction.**


English

# ROOFING CONFIGURATIONS

ALL SLOPED ROOFS
4/12+ ROOF PITCH



# WEIGHT AND USAGE

**EXPOSURE – 8"**

**SF/PC – 1.88**

HEIGHT – 27"

LENGTH – 36"

PC / BOX – 70

NAILS PER – PC 7

WASTE – 10%

SFT / BOX – 131.10

SQM / BOX – 12.18

WGT / BOX – 70 lbs

# CONSULTATIONS & QUESTIONS

We're happy to assist you with design consultations or questions. Complete the form below and we'll be in touch.

**Name \***

First

Last

**Company (If Applicable)**

**Website (If Applicable)**

http://

🇬🇧 English

**Email** *

**Phone* (select country)** *

(201) 555-0123

**Product**

VIVA Palm

**Application**

◯ Residential

◯ Commercial

**Project Size**

1,000 sq ft, 500 m2, or 10x10 palapa

**Country** *

**City**

**State**

**CAPTCHA**

☐ I'm not a robot
reCAPTCHA
Privacy - Terms

Submit

🇬🇧 English

## EXPERIENCE THE DIFFERENCE

Experience the look and feel Endureed brings to your property. In addition to small samples, we can create scaled physical mockups and even onsite mockups so you can see for yourself.

## HOW DO I BUY?

The Regions Series is made in the USA and sold worldwide, direct from our U.S. office. No middlemen. No minimum requirements. With costs comparable to high-end roofing products, we typically price by the project.



**GLOBAL INNOVATION, LLC**
**313 SW WINDSWEPT GLEN**
**LAKE CITY, FL 32024**
**1-866-229-9008**

  

**FAQS**
**BLOG**
**CONTACT**

🇬🇧 English

**OUR STORY**
**QUICK QUOTE**
**VIDEOS**

**ESPAÑOL**

© Copyright 2020 - Built With ❤ by **AAMP Agency - All Rights Reserved | Return Policy | Privacy Policy**

English