# Exhibit G

Preliminary infringement analysis of Endureed's VIVA Palm product with respect to U.S. Patent No. 8,984,836.

| 1. A synthetic thatch member for use as a roofing material product, said synthetic thatch member comprising: | VIVA Palm is a **synthetic thatch member for use as a roofing material product**.<br><br>"Premium aesthetics meet affordability with this authentic, **palm style thatch**. VIVA palm is a **synthetic palm leaf formed into a textured shingle** and then cut with a unique pattern to replicate the appearance of natural palm leaves." Ex. E at 2 (emphasis added).<br><br>"**VIVA palm is an innovative roofing system** simulating the appearance and texture of natural palm thatch." Ex. B at 1 (emphasis added). |
|---|---|
| a plurality of frond members, | VIVA Palm is a **synthetic thatch member** comprising a **plurality of frond members**.<br><br><br><br>Ex. D at 4. |

| | |
|---|---|
| said frond members defining a first three-dimensional surface of said thatch member and a second three-dimensional surface of said thatch member, | VIVA Palm contains a plurality of frond members, wherein said frond members define **a first three-dimensional surface of the thatch member** and a **second three-dimensional surface of the thatch member**.  |

| said first and second surfaces comprising opposing sides of said plurality of frond members; | VIVA Palm contains a plurality of frond members, wherein the **first** and **second** surfaces comprise opposite sides of the plurality of frond members.  |
|---|---|

| a fused portion, | VIVA Palm is a **thatch member**, wherein the thatch member has a **fused portion**. |
|---|---|
| |  Ex. D at 4. |

| | |
|---|---|
| said fused portion comprising a first portion of said first and said second three-dimensional surfaces of each of said plurality of frond members, | VIVA Palm is a **thatch member**, wherein the thatch member has a **fused portion comprising a first portion** of said **first** and said second **three-dimensional surfaces** of each of said plurality of frond members.<br><br><br><br>Ex. D at 4.<br><br>The second three-dimensional surface of the plurality of frond members comprises the reverse of the synthetic thatch member pictured above, as shown on pages 2-3 of this chart. |

| wherein each of said first portions is connected relative to one another, such that said fused portion defines a substantially impermeable surface; and | VIVA Palm is a thatch member, **wherein each of said first portions is connected relative to one another**, such that said fused portion defines a substantially impermeable surface.<br><br><br><br>Ex. D at 4.<br><br>VIVA Palm is "[d]esigned to withstand long-term UV exposure, fire and the rigors of inclement weather." Ex. E at 2. |

| a serrated portion, | VIVA Palm is a **thatch member**, wherein the thatch member has a **serrated portion**.  Ex. D at 4. |

| said serrated portion being located substantially adjacent said fused portion and | VIVA Palm is a **thatch member**, wherein the thatch member has a **serrated portion** located substantially adjacent to the **fused portion**. |
| --- | --- |
| |  |
| | Ex. D at 4. |

| comprising a second portion of said first and said second three-dimensional surfaces of each of said plurality of frond members, | VIVA Palm is a **thatch member**, wherein the thatch member has a **serrated portion comprising a second portion** of said **first** and said second **three-dimensional surfaces** of each of said plurality of frond members. |
|---|---|



Ex. D at 4.

The second three-dimensional surface of the plurality of frond members comprises the reverse of the synthetic thatch member pictured above, as shown on pages 2-3 of this chart.

| | |
|---|---|
| wherein each of said second portions is separated relative to one another, such that a plurality of gaps are defined between each of said second portions of each of said plurality of frond members. | VIVA Palm is a **thatch member**, wherein the thatch member has a **serrated second portion** wherein each of said second portions is separated relative to one another, such that a **plurality of gaps** are defined between each of said second portions of each of said plurality of frond members.<br><br><br>Ex. D at 4. |

| 2. The synthetic thatch member of claim 1, wherein each of the plurality of frond members comprises a pair of angled surfaces, said pair of angled surfaces being oriented relative to one another so as to further define both said first and said second portions of said first and said second three-dimensional surfaces of said thatch member. | Endureed VIVA Palm is a synthetic thatch member as described in claim 1, **wherein each of the plurality of frond members comprises a pair of angled surfaces**, said pair of angled surfaces being oriented relative to one another so as to further define both said first and said second portions of said first and said second three-dimensional surfaces of said thatch member.<br><br> |

| 3. The synthetic thatch member of claim 2, wherein: said pair of angled surfaces define a ridge portion on each of said plurality of frond members; | On information and belief, VIVA Palm is a synthetic thatch member as defined in claim 2, **wherein the pair of angled surfaces define a ridge portion** on each of said plurality of frond members;  |

| | |
|---|---|
| said pair of angled surfaces define at least one valley portion adjacent at least one edge of each of said plurality of frond members; | On information and belief, VIVA Palm is a synthetic thatch member as defined in claim 2, **wherein the pair of angled surfaces define at least one valley portion** adjacent at least one edge of each of said plurality of frond members;<br><br> |

| | |
|---|---|
| in said fused portion, said at least one valley portion is configured to, at least in part, define said substantially impermeable surface; | On information and belief, VIVA Palm is a synthetic thatch member as defined in claim 2, **wherein the valley portion is configured to, at least in part, define said substantially impermeable surface**;<br><br> |

14

| | |
|---|---|
| and in said serrated portion, said at least one valley portion is configured to, at least in part, define said plurality of gaps. | On information and belief, VIVA Palm is a synthetic thatch member as defined in claim 2, **wherein the valley portion is configured to, at least in part, define said plurality of gaps**.<br><br> |

| 6. The synthetic thatch member of claim 1, wherein a length of said synthetic thatch member is variable across each of said plurality of frond members, such that a substantially fan-shaped arc is defined at least in part by said second portions of each of said plurality of frond members in said serrated portion. | Endureed VIVA Palm is a synthetic thatch member as described in claim 1, wherein **a length of said synthetic thatch member is variable across each of said plurality of frond members**, such that **a substantially fan-shaped arc** is defined at least in part by **said second portions of each of said plurality of frond members in said serrated portion**.<br><br><br><br>Ex. D at 4. |

| 7. The synthetic thatch member of claim 1, wherein a length of said synthetic thatch member is substantially fixed across each of said plurality of frond members, such that a substantially linear edge of said synthetic thatch member is defined at least in part by said second portions of each of said plurality of frond members in said serrated portion. | Endureed VIVA Palm is a synthetic thatch member as described in claim 1, wherein **a length of said synthetic thatch member is substantially fixed across each of said plurality of frond members**, such that **a substantially linear edge** of said synthetic thatch member is defined at least in part by **said second portions of each of said plurality of frond members in said serrated portion**.<br><br><br><br>Ex. D at 4. |

| 11. The synthetic thatch member of claim 1, wherein a width of each of said plurality of frond members is approximately one inch. | Endureed VIVA Palm is a synthetic thatch member as described in claim 1, wherein **a width of each of said plurality of frond members is approximately one inch**.  |

| 12. The synthetic thatch member of claim 11, wherein said width is variable so as to define a taper between said first and said second portions of each of said plurality of frond members, such that said width in said second portion is substantially less than said width in said first portion. | On information and belief, VIVA Palm is **a synthetic thatch member** as described in claim 11, wherein **said width is variable so as to define a taper between said first and said second portions of each of said plurality of frond members**, **such that said width in said second portion is substantially less than said width in said first portion**.  Ex. D at 4. |
|---|---|

19

| | |
|---|---|
| 13. The synthetic thatch member of claim 12, wherein each of said tapers on each of said plurality of frond members define, at least in part, each of said plurality of gaps between each of said second portions of each of said plurality of frond members. | On information and belief, VIVA Palm is **a synthetic thatch member** as described in claim 12, wherein each of said **tapers on each of said plurality of frond members define**, at least in part, each of said **plurality of gaps** between each of said second portions of each of said plurality of frond members.<br><br><br><br>Ex. D at 4. |

| 17. The synthetic thatch member of claim 1, wherein said first and said second three-dimensional surfaces of said thatch member comprise a texture imprinted thereon. | VIVA Palm is a synthetic thatch member as described in claim 1, wherein said **first** and said **second** three-dimensional surfaces of said thatch member comprise a texture imprinted thereon.<br><br>"Viva Palm is a synthetic palm leaf **formed into a textured shingle**." Ex. E at 1.<br><br>"Viva Palm is available in two different pattern designs. The pattern design is **visible on the interior ceiling** when used in the horizontal or vertical batten configuration." Ex. B at 1. |
|---|---|
| 18. The synthetic thatch member of claim 17, wherein said texture comprises a plurality of irregularities formed in one or more of each of said plurality of frond members. | VIVA Palm is a synthetic thatch member as described in claim 17, **wherein said texture comprises a plurality of irregularities** formed in one or more of each of said plurality of frond members.<br><br>"Pattern: VIVA Palm includes two different pattern designs which make up the underside ceiling texture. Choosing Fanned versus Folded VIVA is simply an aesthetic choice. However, **each pattern has two different variations (A and B) among the pattern to prevent obvious repetition and give a more realistic look**. Both the A and B shingles will be included in every VIVA palm order." Ex. B at 5. |

| | |
|---|---|
| 19. The synthetic thatch member of claim 1, wherein said member further comprises an attachment portion, said attachment portion being configured to selectively secure proximate portions of each of said plurality of frond members, said proximate portions being substantially opposite said portions of each of said plurality of frond members defining said serrated portion. | VIVA Palm is a synthetic thatch member as defined in claim 1, wherein said member further comprises **an attachment portion, said attachment portion being configured to selectively secure proximate portions of each of said plurality of frond members**, said proximate portions being **substantially opposite** said portions of each of said plurality of frond members defining **said serrated portion**.<br><br><br><br>Ex. D at 5, 9. |

| 20. The synthetic thatch member of claim 1, wherein said fused portion covers a surface area of approximately one square foot. | VIVA Palm is a synthetic thatch member as defined in claim 1, wherein said fused portion covers a surface area of approximately one square foot. |
|---|---|

VIVA Palm is a synthetic thatch member as defined in claim 1, wherein said fused portion covers a surface area of approximately one square foot.

| Part | Size | Weight | Exposure | Coverage | Material |
|---|---|---|---|---|---|
| **Field Shingle** | 36"x 27"x 0.030" (914mm x 686mm x 0.8mm) | 1lb (0.45kg) | 8" (203mm) | 1.88 Sq.ft (0.174 m2) (5.72 pcs per m2) (1.1 pcs per linear m) | HDPE |
| **Hip/ Ridge Shingle** | 27"x 27"x 0.030" (686mm x 686mm x 0.8mm) | 0.7lb (0.32kg) | 8" (203mm) | 0 Sq. ft (1 linear foot 2 pieces) 0 m2 (1 linear meter 5 pieces) | HDPE |

Ex. B at 2.

The fused portion of the Field shingle constitutes approximately half of the total area of the shingle. Therefore, the fused portion covers an area of approximately one square foot.

| 21. A method of installation of a synthetic thatch member for use as a roofing material product, said method of installation comprising the steps of: | VIVA Palm includes a **method of installation** of a synthetic thatch member for use as a **roofing material product**. |
|---|---|

VIVA Palm includes a **method of installation** of a synthetic thatch member for use as a **roofing material product**.



"**This instruction manual is for the installation** of VIVA **on an open batten roof frame**." Ex. D at 1-2.

| (A) providing a plurality of synthetic thatch members, each member comprising: | Viva Palm consists of a plurality of thatch members. Claim 21(A) further defines the synthetic thatch members as follows: |
|---|---|
| | (i) a plurality of frond members, said frond members defining a first three-dimensional surface of said thatch member and a second three-dimensional surface of said thatch member, said first and second surfaces comprising opposing sides of said plurality of frond members; |
| | (ii) a fused portion, said fused portion comprising a first portion of said first and said second three-dimensional surfaces of each of said plurality of frond members, wherein each of said first portions is connected relative to one another, such that said fused portion defines a substantially impermeable surface; and |
| | (iii) a serrated portion, said serrated portion being located substantially adjacent said fused portion and comprising a second portion of said first and said second three-dimensional surfaces of each of said plurality of said frond members, wherein each of said second portions is separated relative to one another, such that a plurality of gaps are defined between each of said second portions of each of said plurality of frond members; |
| | The 836 Patent describes the plurality of thatch members in claim 21 using identical language to claim 1. For additional analysis of this limitation, please see this claim chart at claim 1. |

| | |
|---|---|
| (B) affixing a first one of said plurality of synthetic thatch members to an adjacently positioned portion of a roofing structure, such that said serrated portion is oriented substantially below said fused portion; and | The VIVA Palm installation method includes "**affixing a first one of said plurality of synthetic thatch members to an adjacently positioned portion of a roofing structure**, **such that said serrated portion is oriented substantially below said fused portion**."  "Construct the eave by **installing the first row of field shingles on the second purlin, nailing on every indent except the top corner**. Place a nail to the lower purlin at the end of the shingle, which will be covered by the following shingle. Always leave a minimum 2" inch side lap on all shingle installations." Ex. D at 6. |

25

| | |
|---|---|
| (C) affixing a second one of said plurality of synthetic thatch members to an adjacently positioned portion of said roofing structure, such that said first and second ones of said plurality of synthetic thatch members are both positioned substantially along the same horizontal plane, and such that at least a portion of said fused portion of said second one of said plurality of synthetic thatch members at least partially overlaps at least a portion of said fused portion of said first one of said plurality of synthetic thatch members. | The VIVA Palm installation method includes affixing a second one of said plurality of synthetic thatch members to an adjacently positioned portion of said roofing structure, such that said first and second ones of said plurality of synthetic thatch members are both **positioned substantially along the same horizontal plane**, and such that at least a portion of said fused portion of said second one of said plurality of synthetic thatch members at least partially overlaps at least a portion of said fused portion of said first one of said plurality of synthetic thatch members.<br><br><br><br>"[T]he third row will attach to the same purlin as the first row. Make sure all side laps are a minimum of two inches." Ex. D at 6. |

| 23. The method of claim 21, further comprising the step of affixing a third one of said plurality of synthetic thatch members to an adjacently positioned portion of said roofing structure, | The VIVA Palm installation method includes the method of claim 21, further comprising the step of **affixing a third one of said plurality of synthetic thatch members to an adjacently positioned portion of said roofing structure**.<br><br><br><br>"[T]he third row will attach to the same purlin as the first row. Make sure all side laps are a minimum of two inches." Ex. D at 6. |

**third synthetic thatch member**

| | |
|---|---|
| such that at least a portion of said fused portion of said third one of said plurality of synthetic thatch members is positioned substantially above said first and said second ones of said plurality of synthetic thatch members, such that at least a portion of said fused portion of said third one of said plurality of synthetic thatch members at least partially overlaps both (i) at least a portion of said fused portion of said first one of said plurality of synthetic thatch members; and (ii) at least a portion of said fused portion of said second one of said plurality of synthetic thatch members. | The VIVA Palm installation method includes affixing three synthetic thatch members, **such that at least a portion of said fused portion of said third one of said plurality of synthetic thatch members is positioned substantially above said first and said second ones of said plurality of synthetic thatch members**, such that at least a portion of said fused portion of said third one of said plurality of synthetic thatch members at least partially overlaps both **(i) at least a portion of said fused portion of said first one of said plurality of synthetic thatch members**; and **(ii) at least a portion of said fused portion of said second one of said plurality of synthetic thatch members**.<br><br><br><br>"[T]he third row will attach to the same purlin as the first row. Make sure all side laps are a minimum of two inches." Ex. D at 6. |

| 26. A method of manufacturing a synthetic thatch member for use as a roofing material product, the thatch member comprising a plurality of frond members, the method comprising the steps of: | The method of manufacture for VIVA Palm consists of a method of manufacturing a **synthetic thatch member for use as a roofing material product**, the thatch member comprising a plurality of frond members.<br><br>"Premium aesthetics meet affordability with this authentic, **palm style thatch**. VIVA palm is a **synthetic palm leaf formed into a textured shingle** and then cut with a unique pattern to replicate the appearance of natural palm leaves." Ex. E at 2 (emphasis added).<br><br>"**VIVA palm is an innovative roofing system** simulating the appearance and texture of natural palm thatch." Ex. B at 1 (emphasis added). |
|---|---|
| placing a molten polymer material into a mold; and forming said synthetic thatch member from said molten polymer material, | The method of manufacture for VIVA Palm consists of placing a **molten polymer material into a mold**; and forming said synthetic thatch member from said molten polymer material.<br><br>VIVA Palm is **composed of HDPE** (Ex. B at 2).<br><br>"Vacuum forming HDPE is similar to pressure forming except that it is generally used when greater part detail and dimensional repeatability are necessary. **The forming temperature for HDPE is also higher, generally 300°F to 340°F**. Exceeding 340°F is not recommended because it can cause bubbling of the material surface.<br><br>**Molds for vacuum forming** are generally made of wood or plaster for short life short runs and of nonferrous metals for long life long runs. For metals, aluminum is generally the material of choice. Molds should be designed with radii at least two times the material thickness and draft angles of 5° or greater. Vacuum holes should not exceed 1/32" in diameter."<br>*See,* https://www.emcoplastics.com/assets/pdf/HDPE/HDPE%20Fabrication%20Guide.pdf at 14. |

| said synthetic thatch member comprising: | The method of manufacture for Viva Palm consists forming a synthetic thatch member from molten polymer. Claim 26 further defines the synthetic thatch member as follows:<br><br>(i) a plurality of frond members, said frond members defining a first three-dimensional surface of said thatch member and a second three-dimensional surface of said thatch member, said first and second surfaces comprising opposing sides of said plurality of frond members;<br><br>(ii) a fused portion, said fused portion comprising a first portion of said first and said second three-dimensional surfaces of each of said plurality of frond members, wherein each of said first portions is connected relative to one another, such that said fused portion defines a substantially impermeable surface; and<br><br>(iii) a serrated portion, said serrated portion being located substantially adjacent said fused portion and comprising a second portion of said first and said second three-dimensional surfaces of each of said plurality of frond members, wherein each of said second portions is separated relative to one another, such that a plurality of gaps are defined between each of said second portions of each of said plurality of frond members;<br><br>The 836 Patent describes the thatch member in claim 26 using identical language to claim 1. For additional analysis of this limitation, please see this claim chart at claim 1. |
|---|---|
| wherein said mold defines said structural configuration of at least said plurality of frond members, said fused portion, and said serrated portion. | The method of manufacture for Viva Palm includes a mold, wherein **said mold defines said structural configuration** of at least said plurality of frond members, said fused portion, and said serrated portion.<br><br>"**Vacuum forming HDPE is similar to pressure forming except that it is generally used when greater part detail and dimensional repeatability are necessary.** The forming temperature for HDPE is also higher, generally 300°F to 340°F. Exceeding 340°F is not recommended because it can cause bubbling of the material surface.<br><br>Molds for vacuum forming are generally made of wood or plaster for short life short runs and of nonferrous metals for long life long runs. For metals, aluminum is generally the material of choice. Molds should be designed with radii at least two times the material thickness and draft angles of 5° or greater. Vacuum holes should not exceed 1/32" in diameter."<br>*See,* https://www.emcoplastics.com/assets/pdf/HDPE/HDPE%20Fabrication%20Guide.pdf at 14. |